## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M-10-730**
2) Defendant's Name: __Lowenstein__ __Seth__ _____
   (Last) (First) (M.I.)
3) Age:_____
4) Title:_____ Section(s):_____
5) Citizen of:_____ Needs:_____Interpreter
6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:__Yes ___No   Other District:_____
8) Name of Interpreter used today:_____ Language:_____
9) Arraignment on complaint held: __✓__ Yes ___No   Date/Time: __6/29/10__
10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered:____
11) Temporary Order of Detention Entered: __✓__  Bail Hearing set for: __7/1/10 @ 12:00__
12) (a) Preliminary Hearing set for:_____; or waived: __✓__
    (b) Removal Hearing set for:_____; or waived:_____
    (c) Status Conference set for:_____
13) ASSISTANT U.S. ATTORNEY: __John Nowak__
14) DEFENSE COUNSEL'S NAME: __Frederick Cohn__
    Address:_____
    Bar Code:_____ CJA:__✓__ FDNY:____ RET:____
    Telephone Number:(___)_____
15) LOG #: __(3:58 – 4:14)__ MAG. JUDGE: __Bloom__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE