AO 470 (8/85) Order of Temporary Detention

# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

Seth Lowenstein
_____
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 10-730 M

Upon motion of the __dft__, it is ORDERED that a detention hearing is set for __7/1/10__* at __12 noon__
                                                           Date                               Time
before __M Bloom__
        Name of Judicial Officer

__BROOKLYN, NEW YORK__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____
_____) and produced for the hearing.
         Other Custodial Official

6/29/10
_____
  Date

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

☆ US GPO: 2001-610-716/50044