# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Lois Bloom  **DATE:** 7/1/10

**DOCKET NUMBER:** 10-730M

**LOG #:** 12:08 - 12:25; 12:34 - 12:40

**DEFENDANT'S NAME:** Seth Lowenstein
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

**DEFENSE COUNSEL:** Frederick Cohn
___ Federal Defender  ✓ CJA  ___ Retained

**A.U.S.A:** John Nowak  **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____
(Language)

___ **Bond satisfaction** Hearing held. **Detention** Hearing adjourned to 7/6 @ 11AM

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type ___  Start ___  Stop ___

___ Order of Speedy Trial entered.  Code Type ___  Start ___  Stop ___

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____
_____
_____