**INFORMATION SHEET**

**CR 10 - 583**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 27 2010 ★
BROOKLYN OFFICE

**IRIZARRY, J.**

**GOLD, M.J.**

1. Title of Case: **United States v. Seth Lowenstein**
2. Related Magistrate Docket Number(s): 10-M-730

   None ( )

3. Arrest Date: June 29, 2010
4. Nature of offense(s):   ☒   Felony
                           ☐   Misdemeanor
5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Kings</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

10. Is a capital count included in the indictment?   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
John P. Nowak
Assistant United States Attorney
718-254-6097

Rev. 3/22/01