# BUTTERMORE NEWMAN DELANNEY & FOLTZ, LLP

ATTORNEYS AT LAW

BERTRAND J. DELANNEY[1]
SUSANA D. DELANNEY[1]
DAVID B. FOLTZ[1,2]
DONNA R. NEWMAN[1,2]

OF COUNSEL:
GRANT M. BUTTERMORE[2]
KEVIN M. DYER[1,4]

ADMITTED IN:
[1] NY
[2] NJ
[3] PA
[4] CA

REPLY TO:
☐ 445 EAST BROAD STREET
PO BOX 218
WESTFIELD, NJ 07091-218
TEL: (908) 232-029
FAX: (908) 232-327

☐ 111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
TEL: (212) 229-1516
FAX: (212) 676-7497

☐ 105 HAWK COURT
MILFORD, PA 18337
TEL: (570) 296-2420
FAX: (570) 296-4247

August 12, 2010

Via Fax 718-613-2623

The Honorable Magistrate Judge Ramon E. Reyes
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten annotations: "8/12/10", "S/RER", "$20,000 checks must be deposited by 8/16/10, or sooner if can be arranged with PTS and employer."]*

Re: *United States v. Lowenstein*
    10 Cr 583 (DLI)

Dear Judge ~~Lowenstein~~in:

I write to request an amendment to Mr. Lowensteins' conditions of bail conditions set by your Honor on Monday August 9, 2009 to allow Mr. Lowenstein until next Wednesday to deposit the remainder of the cash bail-$20,000.00. Mr. Lowenstein was released this Wednesday and is on electronic monitoring.

Your Honor ordered that Mr. Lowenstein had until August 11 2010 (the date of his release) to deposit the Clerk of the Court cash totaling $76,000.00. Mr. Lowenstein deposited $56,000.00, monies he withdrew from his bank account. The additional $20,000.00 was to come from a heck which his employer had supplied as a loan against Mr. Lowenstein's 401K. However, Mr. Lowenstein was unable on Wednesday to pick up the $20,000.00 check since the woman who had the check was not at work. He discussed this problem with his pretrial officer who advised that he had until next week to accomplish the depositing of the check. With this understanding he set-up with pretrial that he will go to his employer on Monday and then to the Clerk of the Court.

Mr. Lowenstein has complied with all other conditions of his bail-he has scheduled for the placement of a land line in his home for Sunday and has deposited with pretrial services his expired passport.

AUSA John Nowak insists that Mr. Lowenstein has failed to comply because he has not obtained the $20,000.00 check. He advised that he wishes to schedule a bail hearing for

www.BNDF.net

Associate member of the Parlex Group of European Lawyers.
Parlex Group associates in: Barcelona/Madrid, Brussels, Copenhagen, Dublin, Edinburgh, Freiburg, Graz, Istanbul, London, Luxembourg, Nicosia, Oslo, Paris, Prague, Reykjevik, Rotterdam, Shanghai, Stockholm, Thessaloniki, Turin/Milan/Rome, Warsaw, Zurich.

tomorrow. We respectfully request that the Court amend the conditions of bail to allow Mr. Lowenstein until next Wednesday to deposit with the Clerk of the Court the additional $20,000.00.

Respectfully submitted,

Donna R. Newman

cc: AUSA John Nowak via Fax
    Chaim Lowenstein via first class mail