# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 10-CR-00583 (DLI) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Seth Lowenstein | Indictment |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** ➤ | United States Marshals Service -EDNY |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| **AT** | 225 Cadman Plaza, Brooklyn, New York 11201 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Evan Weitz

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2010 ★
BROOKLYN OFFICE

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please deposit the following checks into the Seized Asset Deposit Fund pending further instructions:

10-USP-001088 ($53,720.42)  10-USP-001082 ($16,855.75)  10-USP-001141 ($56,618.95)  10-USP-001071 ($0.07)
10-USP-001084 ($10,270.28)  10-USP-001087 ($5,888.49)  10-USP-001140 ($114,973.23)  10-USP-001078 ($15,940.76)
10-USP-001085 ($46,275.23)  10-USP-001081 ($1,127.74)  10-USP-001142 (120.89)  10-USP-001079 ($6,009.11)
10-USP-001083 ($11,007.30)  10-USP-001086 ($26,852.92)  10-USP-001143 ($51.75)

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA Evan Weitz | | (718) 254-6148 | 9/7/2010 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 3 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 8/7/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 9/7/2010 | Time am pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | | | 55.00 | | | |

REMARKS:

Funds deposited into the seized asset deposited fund account on 9/7/2010.
(see attached)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**10-CR-00583**

**USA V. SETH LOWENSTEIN**

10-USP-001088 $53,720.42   10-USP-001082 $16,855.75   10-USP-001141 $$56,618.95

10-USP-001071 $.07   10-USP-001084 $10,270.28   10-USP-001087 $5,888.49

10-USP-001140 $114,973.23   10-USP-001078 $15,940.76   10-USP-001085 $46,275.23

10-USP-001081 $1,127.74   10-USP-001142 $120.89   10-USP-001079 $6,009.11

10-USP-001083 $11,007.30   10-USP-001086 $26,852.92   10-USP-001143 $51.75

RECEIVED

2010 SEP -7 PM 1: **FILED**
US MARSHAL **IN CLERK'S OFFICE**
**US. DISTRICT COURT E.D.N.Y.**

★ JUL 27 2010 ★

**BROOKLYN OFFICE**

JM:JPN
F.#2008R00474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - against -

SETH LOWENSTEIN,

          Defendant.

- - - - - - - - - - - - - - - x

**I N D I C T M E N T**

**CR 10** C NO. **583**

(T. 18, U.S.C.,
§§ 981(a)(1)(c),
1341, 2 and 3551 et seq.;
T. **IRIZARRY J**53(p);
T. 28, U.S.C., § 2461(c))

**GOLD, M.J.**

THE GRAND JURY CHARGES:

       At all times relevant to this Indictment, unless

otherwise stated:

## INTRODUCTION

I.   Background

     1.   The defendant SETH LOWENSTEIN lived in Brooklyn,

New York.

     2.   Victim #1, whose identity is known to the Grand

Jury, was a large manufacturer of office and electronic products.

Victim #1 paid rebates to its retail customers and resellers,

which bought Victim #1's products and then sold them to the

public. Victim #1 paid those rebates through various programs,

including the "Rewards Program" and the "Trade Up Program."

     3.   Victim #2, whose identity is known to the Grand

Jury, was a global manufacturer of printing and imaging products.

Victim #2 paid rebates to resellers who sold Victim #2's products

A TRUE COPY
ATTEST
DATE SEP 7 2010 20.
ROBERT C. HEINEMANN
                 CLERK
BY
               DEPUTY CLERK

2

to the public.  One of the programs through which Victim #2 paid rebates was known as "Profit Plus."

II.  <u>The Scheme to Defraud</u>

     4.  The defendant SETH LOWENSTEIN fraudulently posed as retail customers and sales representatives of resellers to obtain rebates from Victim #1 and Victim #2 (collectively, the "Victims") and submitted rebate claims to the Victims in which he falsely stated that retail customers had purchased the Victims' products.

     5.  For example, the defendant SETH LOWENSTEIN submitted fake invoices to Victim #1 in connection with his rebate claims.  Those invoices falsely identified the name and address of the reseller submitting the rebate claim; the retail customer who supposedly purchased the rebate-eligible product; and the rebate-eligible product supposedly purchased by the retail customer.  LOWENSTEIN submitted the invoices to Victim #1 as proof that retail customers purchased rebate-eligible products.  The purchases of Victim #1's products referenced in the invoices were fictitious, and LOWENSTEIN was not entitled to the rebates.

     6.  In connection with Victim #2's "Profit Plus" rebate program, the defendant SETH LOWENSTEIN similarly submitted claims for rebates for sales of Victim #2's products that never occurred.

Case 1:10-cr-00583-DLI   Document 23   Filed 09/21/10   Page 3 of 8
Case 1:10-cr-00583-DLI   Document 12   Filed 07/27/10   Page 5 of 8   PageID #: 52

3

7.   The defendant SETH LOWENSTEIN submitted rebate requests to the Victims using various names, including the names of fifteen individuals, whose identities are known to the Grand Jury.

8.   The defendant SETH LOWENSTEIN also used various company names when he submitted his fraudulent rebate claims, including the names of eleven companies, whose identities are known to the Grand Jury.  LOWENSTEIN used these company names on invoices as both purported resellers and retail customers of the Victims' products.

9.   The defendant SETH LOWENSTEIN also used multiple mailing addresses (the "Mailing Addresses") in connection with the scheme.  The Mailing Addresses included the following:

- 1403 44th Street, Brooklyn, New York;
- 6402 18th Avenue, Brooklyn, New York;
- 5904 18th Avenue, Brooklyn, New York;
- 6801 20th Avenue, Brooklyn, New York;
- 2030 S. 3rd Street, Jacksonville, Florida;
- 10920 Baymeadow Road, Jacksonville, Florida; and
- 1973 60th Street, Brooklyn, New York.

10.  The Mailing Addresses were mail drops, each of which received mail and packages on behalf of customers.  In connection with the scheme, the defendant SETH LOWENSTEIN often received mail at the Mailing Addresses, as well as additional

Case 1:10-cr-00583-DLI   Document 23   Filed 00/27/40   Page 4 of 8
Case 1:10-cr-00583-DLI   Document 12   Filed 00/00/27   Page 6 of 10 PageID #: 53

4

addresses in St. Paul, Minnesota, Cadillac, Michigan and Brooklyn, New York.

11.  The Victims paid in excess of $400,000 in rebates to the defendant SETH LOWENSTEIN in connection with this scheme. The Victims paid many of the rebates by check, many of which were mailed from the Victims to addresses in Brooklyn, New York.

<u>COUNTS ONE THROUGH THREE</u>
(Mail Fraud)

12.  The allegations contained in paragraphs 1 through 11 are realleged and incorporated as if fully set forth in this paragraph.

13.  In or about and between 1998 and 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SETH LOWENSTEIN did knowingly and intentionally devise a scheme and artifice to defraud the Victims and others and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice and attempting to do so, did place and cause to be placed in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the United States Postal Service, as set forth below:

Case 1:10-cr-00583-DLI Document 23 Filed 03/31/11 Page 5 of 8 PageID #: 54
Case 1:10-cr-00583-DLI Document 12 Filed 10/27/10 Page 15 of 18

5

| COUNT | APPROXIMATE MAILING DATE | DESCRIPTION OF MAILING |
|---|---|---|
| ONE | November 23, 2005 | Two retail customer invoices (invoice numbers 656963 and 657085) sent by Priority Mail from Brooklyn, New York to Victim #1's Rewards Program office in Grand Rapids, Minnesota |
| TWO | August 28, 2007 | Rebate request concerning retail customer invoice number 6398758 sent by Priority Mail from Brooklyn, New York to Victim #1's Trade Up Program headquarters in Grand Rapids, Minnesota |
| THREE | September 5, 2007 | Rebate check (check number 811587) sent by U.S. mail from Victim #2's Profit Plus headquarters in Dayton, Ohio to Company #7 at 6402 18th Avenue, Brooklyn, New York |

(Title 18, United States Code, Sections 1341, 2 and

3551 et seq.)

## CRIMINAL FORFEITURE

14. The United States hereby gives notice to the

defendant that, upon his conviction of one or more of the

offenses alleged in Counts One through Three of this Indictment,

the government will seek forfeiture in accordance with Title 18,

United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461(c), which require any person convicted

of any such offense to forfeit any property constituting or

derived from proceeds obtained directly or indirectly as a result

of such offense, including but not limited to a sum of money

representing the amount of proceeds obtained as a result of the

offense.

Case 1:10-cr-00583-DLI Document 23 Filed 09/21/07/27/10 Page 6 of 8geID #: 55
Case 1:10-cr-00583-DLI Document 12 Filed 07/27/10 Page 6 of 8

6

15.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

7

other property of such defendant up to the value of the
forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C);
Title 21, United States Code, Section 853(p); Title 28, United
States Code, Section 2461(c))


A TRUE BILL


_____
FOREPERSON


_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

**Seth Lowenstein,**

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(c), 1341, 2
and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

*Bail, $* _____

*John P. Nowak, Assistant U.S. Attorney (718-254-6097)*

F. #2008R00474
FORM DBD-34
JUN. 85