Meringolo & Associates, P.C.
116 West 23rd Street, Suite 5100
New York, NY 10011
Phone: (347) 599-0992
Fax: (212) 202-4936

October 28, 2010

<u>VIA ECF</u>

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
(718) 613-2156 facsimile

Re:     <u>**United States v. Seth Lowenstein, 10-cr-583 (DLI)**</u>

Dear Judge Irizarry:

After conferring with Assistant United States Attorney John Nowak and his subsequent consent, I respectfully request an adjournment in the above-referenced matter from November 5, 2010 to December 1, 2010 or any day close in proximity that is most convenient for the Court. We consent to the exclusion of the time from November 5, 2010 until the adjourned court date in the interest of time and speedy trial.

Please be advised the parties are in plea negotiations and are of the hope that there will be a resolution of the case prior to the next court date.

Respectfully submitted,

By:  /s/ John C. Meringolo

cc: AUSA John Nowak (via e-mail)