**U.S. Department of Justice**



United States Attorney
Eastern District of New York

JPN
F.#2008R00474

271 Cadman Plaza East
Brooklyn, New York  11201

October 20, 2011

**BY FACSIMILE**
John Meringolo, Esq.
375 Greenwich Street
New York, NY  10013

   Re:  United States v. Seth Lowenstein
     Criminal Docket No. 10-583(DLI)

Dear Mr. Meringolo:

  Enclosed please find a proposed stipulation concerning the amount of loss in connection with the defendant's statutory and applicable advisory Guidelines sentence.  It is my understanding that the defendant does not intend to execute the enclosed stipulation.  If my understanding is incorrect, please forward an executed copy of the stipulation to me at your earliest convenience.

        Truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

     By:   /s/
        John P. Nowak
        Assistant U.S. Attorney

Encl.
cc:  Clerk of the Court (DLI) (by ECF)