# Meringolo & Associates, P.C.
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringoloesq.com

November 4, 2011

**VIA ECF**
Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re**:  *United States v. Seth Lowenstein*, **10-Cr.-583 (DLI)**

Dear Judge Irizarry:

      On behalf of Seth Lowenstein, we respectfully submit this request to allow Mr. Lowenstein (1) to travel to Minnesota for a settlement conference in his civil case on December 12, 2011, and (2) to spent Thanksgiving at the home of his good friends Brian and Bettina Goot in New Jersey.

      With respect to the settlement conference, we attach a copy of the docket's scheduling notification and a letter from Mr. Lowenstein's attorney in Minnesota, Paul Godfread, setting forth the reasons that Mr. Lowenstein's appearance is required.  If permitted, Mr. Lowenstein intends to travel to Minnesota on December 8, 2011 and to return to New York on the morning of December 13, 2011.  See Exhibit A.

      With respect to the Thanksgiving request, Mr. Lowenstein has been invited to the Goot home at 20 Mallard Lane, Ocean, New Jersey 07712 from 1:00 pm to 11:00 pm on Thursday, November 24, 2011.  The telephone number at the home is (732) 245-1003.  See Exhibit B.

      AUSA Nowak does not consent to either of these travel requests.  Pretrial Services consents to Mr. Lowenstein's travel to Minnesota because it is court mandated.  Pretrial Services consents to the Thanksgiving travel as long as the surety consents.  The surety, Mr. Brian Goot, is the same individual who signed Mr. Lowenstein's bond, and he consents to (and has requested) Mr. Lowenstein's presence at his home for Thanksgiving.

      Anna Lee from Pretrial Services has suggested placing Mr. Lowenstein on GPS tracking during these two travel periods to assuage AUSA Nowak's concerns, if the Court deems it appropriate.

Hon. Dora L. Irizarry
November 4, 2011
Page 2 of 2

      We respectfully note that Mr. Lowenstein has been fully compliant with all terms of his pretrial release and that he was originally detained in this case based on the $1.8 million loss amount that the government was unable to substantiate.

      Thank you in advance for your consideration of Mr. Lowenstein's situation.

      Respectfully,

      _____/s/_____
      John Meringolo

Cc:    AUSA John Nowak
       U.S. Pretrial Services Officer Anna Lee