UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                         :

UNITED STATES OF AMERICA,

                                                         :

        -against-                                     **NOTICE OF APPEARANCE**

                                                         :

SETH LOWENSTEIN,                           10 CR 583 (DLI)

                                                       :

        Defendant.

                                                       :
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., 750 Lexington Avenue, 15th Floor, New York, New York 10022, appears on behalf of defendant SETH LOWENSTEIN in the above-captioned case.

Dated:        New York, New York
                 December 20, 2011

                                                                  /S/
                                              **JEFFREY LICHTMAN, ESQ. (JL6328)**
                                              **LAW OFFICES OF JEFFREY LICHTMAN**
                                              750 Lexington Ave., Fl. 15
                                              New York, NY 10022
                                              Ph: (212) 581-1001
                                              Fax: (212) 581-4999
                                              jhl@jeffreylichtman.com