LAW OFFICES OF

# JEFFREY LICHTMAN

750 LEXINGTON AVENUE

15TH FLOOR

NEW YORK, NEW YORK 10022

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

PH: (212) 581-1001

FX: (212) 581-4999

January 19, 2012

**BY ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Seth Lowenstein,</u> 10 CR 583 (DLI)

Dear Judge Irizarry:

I am writing on behalf of defendant Seth Lowenstein to respectfully request modifications of his bail conditions to permit him to attend: i) the January 29, 2012 wedding of Malka Rubin at Tiferes Rifka Hall, 1257 38th Street, Brooklyn, New York from 6:30 p.m. until 3:00 a.m.; and ii) the corresponding Sheva Brachas on February 4, 2012 at Congregation Sons of Ulinov, located at 1033 57th Street, Brooklyn, New York from 2:00 p.m. until 5:00 p.m.  Mr. Lowenstein's pretrial services officer, surety and the government have all consented to this request.

By way of background, Mr. Lowenstein was released on bail by Judge Reyes on August 11, 2010 with the conditions that he be permitted to leave his home only for medical appointments, attorney visits, court appearances and religious services on Saturdays.  Since that time, The Court has modified Mr. Lowenstein's bail without incident to attend a wedding in March 2011, Thanksgiving dinner in New Jersey and to appear in Minnesota for a lawsuit in December 2011.

JEFFREY LICHTMAN
Hon. Dora Irizarry
United States District Judge
January 19, 2012
Page 2

Thank you for your consideration on this matter.  I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:     John Nowak,  Esq. (By fax)
        Assistant United States Attorney

So Ordered:

_____

Hon. Dora Irizarry, U.S.D.J.